*S. Major*, for the appellee.

---

### ROBINSON *v.* THE STATE.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—The judgment is reversed. The information fails to aver facts sufficient to give jurisdiction to the Common Pleas.

*McDonald, Roache,* and *Lewis,* for the appellant.